**Opinion issued December 18, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00862-CR

_____

## IN RE CHARLES RAY DOUGLAS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Charles Ray Douglas, has filed a petition for a writ of mandamus seeking issuance of a writ of mandamus to compel the trial court "to answer his Nunc Pro Tunc" motion regarding his presentence jailtime credit.[1]

We deny the petition.

---

[1] The underlying case is *The State of Texas v. Charles Ray Douglas*, cause number 606338, in the 178th District Court of Harris County, Texas, the Honorable Kelli Johnson presiding.

**PER CURIAM**

Panel consists of Justices Higley, Lloyd, and Caughey.

Do not publish.   TEX. R. APP. P. 47.2(b).